# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GOLD BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-0565-CV-W-FJG |
| POST HILL GREENS, L.L.C., et al. | ) ) ) |
| Defendants. | ) |

## ORDER

On May 20, 2005 and September 12, 2005, the parties filed Stipulations of Dismissal (Docs. # 50, 79). The Court having reviewed the Stipulations of Dismissal hereby **ORDERS** as follows: Count III of plaintiff Gold Bank's Complaint against defendant Eugene Feldhausen and Count IV of Gold Bank's Complaint against Mark Kalin are hereby **DISMISSED** without prejudice. Eugene Feldhausen's Counterclaim against Gold Bank is **DISMISSED** with prejudice. Defendant Post Hill Green L.L.C.'s Counterclaim against Gold Bank is hereby **DISMISSED** with prejudice. Each party shall bear its own costs.

Defendant Eugene Feldhausen's Motion to Withdraw as Counsel is hereby **GRANTED** (Doc. # 28).

Date: September 19, 2005  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge